```
1  STEPHANIE M. HINDS (CABN 154284)
   United States Attorney
2
   THOMAS A. COLTHURST (CABN 99493)
3  Chief, Criminal Division

4  KRISTINA GREEN (NYBN 5226204)
   CHRISTOFFER LEE (CABN 280360)
5  Assistant United States Attorneys

6      450 Golden Gate Avenue, Box 36055
       San Francisco, California 94102-3495
7      Telephone: (415) 436-6912
       FAX: (415) 436-7234
8      Kristina.green@usdoj.gov

9  Attorneys for United States of America
```

FILED

Aug 29 2022

Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) NO. 3:20-CR-00206-SI |
|---|---|
| Plaintiff, | ) NOTICE OF DISMISSAL |
| v. | ) |
| MARIAM HASAN, | ) |
| Defendant. | ) |

With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United States Attorney for the Northern District of California dismisses the above Information against MARIAM HASAN without prejudice.

DATED: August 26, 2022

Respectfully submitted,

STEPHANIE M. HINDS
United States Attorney

*/s/ Thomas A. Colthurst*
THOMAS A. COLTHURST
Chief, Criminal Division

NOTICE OF DISMISSAL
No. 3:20-cr-00206-SI                                                                 v. 8/4/2021

~~[PROPOSED]~~ ORDER

Leave is granted to the government to dismiss without prejudice the Information against MARIAM HASAN.

Date: August 29, 2022

_____
HON. SUSAN ILLSTON
Senior United States District Judge

NOTICE OF DISMISSAL
No. 3:20-cr-00206-SI                                                                                              v. 8/4/2021